NHG LAW GROUP, P.C.

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.
ARIEL E. ESTEVEZ PEREZ, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN
BARBARA FRANZONE
CLAUDIA RODRIGUEZ

July 20, 2026

VIA: ECF filing

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Swedish Institute Incorporated v. Lincoln Educational Services Corporation et al.
26-cv-05955 (JHR)

Dear Judge Rearden:

I was just retained late this afternoon to represent Derrick Ruffin in the above action.

Kindly accept this correspondence as Mr. Ruffin's request to move tomorrow's hearing from 1:30 p.m. to 3:00 p.m.

The reason for the request is that I am engaged in another matter tomorrow morning and will be traveling back to my office in Massapequa in the early afternoon.

I spoke with counsel for Plaintiff and Defendant Lincoln and they both do not object to this request.

This is the first time that Mr. Ruffin has made a request for the relief sought herein.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: all counsel via ECF filing

Application GRANTED. The hearing scheduled for 1:30 p.m. today, July 21, 2026, is hereby adjourned to **3:00 p.m. today**.

The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: July 21, 2026